A. & M. ROBBINS, INCORPORATED, Appellant, *v.* JOHN HILL et al., Defendants, and JOSEPH NEWTON et al., Respondents.

*Robbins, Inc.*, v. *Hill*, 166 App. Div. 889, affirmed.
(Argued January 31, 1917; decided February 27, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the

complaint in an action by a corporation against its former directors for an accounting of money or property of the corporation alleged to have been wasted or diverted by them to their own use.

*Hugo Hirsh* and *Vincent L. Liebell* for appellant.

*Robert H. Elder* and *Otho S. Bowling* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO, POUND and CRANE, JJ.